IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS PROCOPPIO & RONALD MAURAIS | : : : | CIVIL ACTION |
| v. | : : | |
| FOREMOST INSURANCE CO. | : | NO. 20-5184 |

## ORDER

**AND NOW**, this 22nd day of April, 2021, upon consideration of Defendant Foremost Insurance Company's Motion to Dismiss Count II (Docket No. 3), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.